### Marie B. KOUTSOGIANE

v.

### George T. KOUTSOGIANE.

### No. 82–277–M.P.

Supreme Court of Rhode Island.

July 9, 1982.

Leonard A. Kamaras, Providence, for petitioner.

Fontaine & Croll, Ltd., John A. Davey, Jr., Woonsocket, for respondent.

### ORDER

The petition for writ of certiorari is denied.